IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CANO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>GARY LINDSEY, Warden,<br><br>　　　　Respondent. | No. C 06-2213 TEH (PR)<br><br>ORDER OF DISMISSAL AND INSTRUCTIONS TO THE CLERK |

　　　　Petitioner, a state prisoner incarcerated at Salinas Valley State Prison has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging the constitutionality of his state criminal conviction.  On September 17, 2007, this Court granted Respondent's motion to dismiss the petition as not fully exhausted and ordered Petitioner to inform the Court how he would like to proceed on this mixed petition within thirty days.  On September 21, 2007, the Court received a notice from Petitioner that he wished to terminate the instant action and complete exhaustion of his state court claims before filing a new federal petition presenting all of his claims.  As such, this matter is now dismissed.  The Clerk shall enter judgment in this matter and close the file.

　SO ORDERED.

DATED: 11/28/2007　　　　　　　　/s/ Thelton E. Henderson
　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　United States District Judge